# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Cynthia Haulbrooks<br>*Plaintiff*<br>v.<br>Andrew Saul,<br>Acting Commissioner of Social Security Administration<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No.   9:18-cv-03147-JMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The court accepts the Magistrate Judge's Report and Recommendation and affirms the Commissioner's final decision.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge.

Date:   January 14, 2020                           *CLERK OF COURT*

                                                                    s/Chelsea Pegram-Conner
                                                                    *Signature of Clerk or Deputy Clerk*